**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00512-CV

**SKYLER ROUNTREE, Appellant**

**V.**

**JENNIFER CAVAZOS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00588-2015**

## ORDER

Before the Court is appellant's December 22, 2016 motion to correct the reporter's record for appeal. In the motion, appellant requests this Court to submit a dispute regarding the reporter's record to the trial court for resolution. Specifically, appellant contends there is an inaccuracy about an objection appellant's trial counsel asserted to certain section 18.001 billing record affidavits during the trial of this case.

Appellant's motion is **GRANTED**. The trial court is **ORDERED** to conduct a hearing for the purpose of determining whether the reporter's record accurately reflects the trial court proceedings in this case. The trial court shall determine what section of the reporter's record are in dispute and resolve the disputed portions of the reporter's record to accurately reflect the trial court proceedings. In the event the trial court determines that corrections need to be made to the

reporter's record, the trial court shall order the court reporter to conform the reporter's record to what occurred in the trial court and to file certified corrections to the record in the appellant court. TEX. R. APP. P. 34.6(e)(3).

This appeal is **ABATED** to allow the trial court to comply with this order. This appeal shall be reinstated thirty days from the date of this order or when the supplemental reporter's record is received, whichever is earlier.


/s/     ELIZABETH LANG-MIERS
             JUSTICE